Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Maryah Pimentel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

MARYAH PIMENTEL,

                   Plaintiff,                  Case No.: 2:22-cv-01937-JDP

-v-

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.

-----------------------------------------------------------

**~~PROPOSED~~ ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

     Before the Court is the Motion of Plaintiff, Maryah Pimentel, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

     IT IS HEREBY ORDERED that **attorney fees** in the amount of Seven Thousand Eight Hundred Sixty Dollars and Eighty-Five Cents ($7,860.85) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

1

If the claimant has no federal debt subject to offset, payment shall be delivered electronically or by mail to the business address of Plaintiff's counsel at Olinsky Law Group.

IT IS SO ORDERED.

Dated:    April 30, 2024                                                   
                                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE