Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Maryah Pimentel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

MARYAH PIMENTEL,

                       Plaintiff,                    Case No.: 2:22-cv-01937-JDP

-v-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------

**~~PROPOSED~~ AMENDED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is the Motion of Plaintiff, Maryah Pimentel, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that **attorney fees** in the amount of Seven Thousand Four Hundred Seventy Dollars and Zero Cents ($7,470.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

1

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees shall be made payable to Plaintiff's attorney's Of Counsel firm, **Olinsky Law Group**. Payment may be made either by electronic fund transfer (EFT) or by check.

Whether the check is made payable to Plaintiff or to the attorney's office, **the check shall be mailed to the following address:**

> **Olinsky Law Group**
> **250 South Clinton Street**
> **Suite 210**
> **Syracuse, NY 13202**

IT IS SO ORDERED.

Dated:   May 9, 2024                           _____
                                                                 JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE